AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Zachary Miller, an individual

*Plaintiff*

V.

Easy Day Studios Pty. Ltd., an Australian proprietary limited company; Reverb Communications, Inc., a California corporation; and DOES 1-25, inclusive

*Defendant*

Civil Action No. 20cv2187-LAB-DEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Miller
755 Fresca CT.
Solana Beach, CA 92075
858-755-6688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/9/20



John Morrill
CLERK OF COURT

S           S. Dunbar
*Signature of Clerk or Deputy Clerk*

Case 3:20-cv-02187-LAB-DEB   Document 2   Filed 11/09/20   PageID.19   Page 2 of 2

AO 441   Summons in a Civil Action                                                                                              (Page 2)

**Civil Action No.** 20cv2187-LAB-DEB                             Date Issued: 11/9/20

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **EASY DAY STUDIOS PTY LTD**
was received by me on *(date)* **3RD DECEMBER 2020**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **I LEFT THE SUMMONS AT 11/106 WARDELL ROAD MARRICKVILLE NSW AUSTRALIA. BEING THE REGISTERED OFFICE ACCORDING TO THE AUSTRALIAN SECURITIES AND INVESTMENT COMMISSION.**

My fees are $ _____ for travel and $ **44** for services, for a total of $ **44**.

I declare under penalty of perjury that this information is true.

Date: **7TH DECEMBER 2020**

*Server's Signature*

**MR SHAWN SALLESI**
*Printed name and title*

**SUITE 1233, 139 FLORA STREET SUTHERLAND NSW AUSTRALIA**
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.