# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | Case No. 20cv2187-LAB-DEB<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

Defendant Easy Day Studios Pty Ltd filed an *Ex Parte* Application for Extension of Time to Respond to Initial Complaint. The Court has considered the Application, Plaintiff's Response in Opposition, and the exhibits submitted in support of each. In light of Easy Day's appearance in this matter, the "strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits," *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986), and the likelihood that default proceedings would impede, rather than promote, "the just, speedy, and inexpensive determination of [this] action," Fed. R. Civ. P. 1, the Court finds good cause for the requested extension.

/ / /

The Application is **GRANTED**. Easy Day may respond to the Complaint on or before **January 27, 2021.**

      **IT IS SO ORDERED.**

DATED: December 30, 2020

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge