Robert S. Freund (SBN 287566)
ROBERT FREUND LAW
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Attorneys for Defendant,
Easy Day Studios Pty Ltd

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | CASE NO.  3:20-cv-02187-LAB-DEB<br><br>**DEFENDANT EASY DAY STUDIOS PTY LTD'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:        March 15, 2021<br>Time:       11:15 a.m.<br>Crtrm:     14A<br>Judge:     Hon. Larry A. Burns |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 15, 2021, at 11:15 a.m. or as soon thereafter as the matter may be heard by the Honorable Larry A. Burns in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Defendant Easy Day Pty Ltd. ("Easy Day") will and hereby does move the Court for an order striking Plaintiff's claims asserted against Easy Day for violation of California Civil Code § 3344 and violation of the common law right of publicity, pursuant to California Code of Civil Procedure § 425.16, and awarding Defendant Easy Day its attorneys' fees and costs incurred in defending against Plaintiff's meritless claims.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities, the Request for Judicial Notice, the Declarations of Robert S. Freund, Jeff Goforth, and Dain Hedgpeth and their respective accompanying exhibits, the pleadings and other matters on file in this action, any oral argument that the Court may entertain at the hearing, and upon such other and further matters as may come before the Court.

DATED: January 15, 2021                    ROBERT FREUND LAW

                               By    */s/ Robert S. Freund*
                                     Robert S. Freund
                                     Attorneys for Defendant
                                     EASY DAY STUDIOS PTY LTD