1  Robert S. Freund (SBN 287566)
2  ROBERT FREUND LAW
   10866 Wilshire Boulevard, Suite 400
3  Los Angeles, CA 90024
4  Telephone: (323) 553-3407
   Email: robert@robertfreundlaw.com
5
6  Attorneys for Defendant,
   Easy Day Studios Pty Ltd
7

8

9                    **UNITED STATES DISTRICT COURT**

10                **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  ZACHARY MILLER, an                CASE NO.  3:20-cv-02187-LAB-DEB
    individual,
13                                    **REQUEST FOR JUDICIAL NOTICE
                                      IN SUPPORT OF DEFENDANT EASY
14          Plaintiff,                DAY STUDIOS PTY LTD'S MOTION
                                      TO STRIKE PLAINTIFF'S
15  v.                                COMPLAINT PURSUANT TO
                                      CALIFORNIA CODE OF CIVIL
16  EASY DAY STUDIOS PTY LTD,         PROCEDURE § 425.16**
    an Australian proprietary limited
17  company; REVERB
    COMMUNICATIONS, INC., a           Date:      March 15, 2021
18  California corporation; and DOES  Time:      11:15 a.m.
    1-25 INCLUSIVE,                   Crtrm:     14A
19                                    Judge:     Hon. Larry A. Burns
20          Defendants.
21

22

23

24

25

26

27

28

---

RJN IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE
PURSUANT TO C.C.P. § 425.16

**REQUEST FOR JUDICIAL NOTICE**

Defendant Easy Day Studios Pty Ltd ("Easy Day"), by and through its counsel of record, hereby requests that the Court take Judicial Notice, pursuant to Federal Rule of Evidence 201, of the following:

1.     The content of the PC and console editions of the video game *Skater XL*, as summarized in the content of paragraphs 3 through 5 of the Declaration of Dain Hedgpeth, which is incorporated by reference in Plaintiff's Complaint.  Under the incorporation by reference doctrine, the Court "may consider documents which are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Dunn v. Castro*, 621 F.3d 1196, 1204 n.6 (9th Cir. 2010).  A court may consider materials referred to in the complaint, even if the plaintiff neglects to attach them.  *See, e.g.*, *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (superseded by statute on other grounds).  Videogames forming the basis of a plaintiff's complaint are subject to judicial notice.  *See Capcom Co., et. al. v. MKR Group, Inc.,* No. C. 08-0904 RS, 2008 WL 4661479, at *3 (N.D. Cal. Oct. 20, 2008) (taking judicial notice of videogame "Dead Rising" which was extensively referred to in complaint).  The summary of the game features described in the Hedgpeth Declaration serves as a Federal Rule of Evidence 1006 summary of voluminous evidence.

2.     The text messages between Plaintiff and Jeff Goforth, attached to the Declaration of Jeff Goforth as Exhibits 1 and 2, which are incorporated by reference in Plaintiff's Complaint.  Under the incorporation by reference doctrine, the Court "may consider documents which are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Dunn v. Castro*, 621 F.3d 1196, 1204 n.6 (9th Cir. 2010).  A court may consider materials referred to in the complaint, even if the plaintiff neglects to attach them.  *See, e.g.*, *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (superseded by

RJN IN SUPPORT OF DEFENDANT EASY DAY'S TO STRIKE PURSUANT TO
C.C.P. § 425.16

1 | statute on other grounds).  Plaintiff's Complaint explicitly references these messages.

2 | (*See* Dkt. No. 1 [Complt.] ¶ 10.)

3 |       4.      Screenshots obtained on January 1, 2021, of the Instagram account user

4 | @cyread, showing that the user @cyread referenced in the Complaint is known to

5 | Plaintiff and that Plaintiff follows the account @cyread on the Instagram platform,

6 | attached to the Declaration of Robert S. Freund as Exhibits 1 and 2.  *See Young v.*

7 | *Greystar Real Estate Partners, LLC*, No. 3:18-cv-02149-BEN MSB, 2019 WL 4169889,

8 | at *2 (S.D. Cal. Sept. 3, 2019) (taking judicial notice of Instagram and Facebook posts

9 | because complaint specifically described posts); *Wright v. Buzzfeed, Inc.*, No. 2:18-cv-

10 | 02187-CAS (AFMx), 2018 WL 2670642, at *1 n.1 (C.D. Cal. June 4, 2018) (taking

11 | judicial notice of eight photographs posted on plaintiff's Instagram account).

12 |       5.      Screenshots obtained on January 1, 2021, of Plaintiff's Facebook account,

13 | showing that the Instagram user @tylurgrom referenced in the Complaint is known to

14 | Plaintiff, attached to the Declaration of Robert S. Freund as Exhibit 3.  *See Young v.*

15 | *Greystar Real Estate Partners, LLC*, No. 3:18-cv-02149-BEN MSB, 2019 WL 4169889,

16 | at *2 (S.D. Cal. Sept. 3, 2019) (taking judicial notice of Instagram and Facebook posts

17 | because complaint specifically described posts); *Wright v. Buzzfeed, Inc.*, No. 2:18-cv-

18 | 02187-CAS (AFMx), 2018 WL 2670642, at *1 n.1 (C.D. Cal. June 4, 2018) (taking

19 | judicial notice of eight photographs posted on plaintiff's Instagram account).

20 |       The sales webpage for *Skater XL* on the Steam videogame marketplace, accessed

21 | on January 11, 2021 and available at

22 | https://store.steampowered.com/app/962730/Skater_XL__The_Ultimate_Skateboarding_

23 | Game/, showing more than 10,000 customer reviews of the game, attached to the

24 | Declaration of Robert S. Freund as Exhibit 4.  Easy Day requests that the Court take

25 | judicial notice of the existence of this webpage and the review count presented therein,

26 | but not the truth of the site or its contents.  *See, e.g.*, *Perkins v. LinkedIn Corp.*, 53 F.

27 | Supp. 3d 1190, 1204 (N.D. Cal. 2014) (noting that publicly available website  are proper

28 |

RJN IN SUPPORT OF DEFENDANT EASY DAY'S TO STRIKE PURSUANT TO
C.C.P. § 425.16

1    subjects of judicial notice); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D.

2    Cal. 2005) (granting judicial notice over two Amazon.com webpages).

3

4    DATED:  January 15, 2021                    Respectfully submitted,

5                                                ROBERT FREUND LAW

6                                    By     */s/ Robert S. Freund*

7                                            Robert S. Freund
                                             Attorneys for Defendant
8                                            EASY DAY STUDIOS PTY LTD

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

RJN IN SUPPORT OF DEFENDANT EASY DAY'S TO STRIKE PURSUANT TO
C.C.P. § 425.16