```
 1 │ Robert S. Freund (SBN 287566)
 2 │ ROBERT FREUND LAW
   │ 10866 Wilshire Boulevard, Suite 400
 3 │ Los Angeles, CA 90024
 4 │ Telephone: (323) 553-3407
   │ Email: robert@robertfreundlaw.com
 5 │
 6 │ Attorneys for Defendant,
   │ Easy Day Studios Pty Ltd
 7 │
 8 │
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual, | CASE NO. 3:20-cv-02187-LAB-DEB |
| Plaintiff, | **DECLARATION OF DAIN HEDGPETH IN SUPPORT OF DEFENDANT EASY DAY STUDIOS PTY LTD'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| v. | |
| EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | |
| Defendants. | Date:   March 15, 2021<br>Time:   11:15 a.m.<br>Crtrm:  14A<br>Judge:  Hon. Larry A. Burns |

# DECLARATION OF DAIN HEDGPETH

I, Dain Hedgpeth, hereby declare as follows:

1. At all relevant times, I served and currently serve as Director of Defendant Easy Day Studios Pty Ltd ("Easy Day"). I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. Easy Day is a videogame publisher, best known for creating the skateboarding videogame *Skater XL*, which it first published on or about July 28, 2020.

3. Combining technically advanced computer software engineering and creative audiovisual elements, *Skater XL* offers players a realistic "sandbox" environment in which to master skateboarding tricks and hone their own expressive skating style.

4. In *Skater XL*, players can select from one of four professional, world-renowned skateboarders (Tiago Lemos, Evan Smith, Tom Asta, or Brandon Westgate), or they may choose to play as a generic skater avatar, which can be infinitely customized across race, gender, hair color, apparel, and accessories. Each of the four professional skateboarders is identified by name within the game and are featured prominently in the advertising for *Skater XL*. By contrast, the generic skater avatar does not have a name, biography, backstory, team or sponsor affiliation, or narrative associated with it. The commercial value of *Skater XL* is derived from its realistic skateboarding physics, nuanced controls, passionate player community, and the ability to play as four icons of professional skateboarding.

5. The anonymity of the generic skater is intentional—the value to players is the avatar's customizability and that it is *not* recognizable. I am not aware of any customer review of *Skater XL* on any platform, nor any review of *Skater XL* from any magazine, blog, or other media outlet that mentions Plaintiff Zachary Miller.

6. To develop playable character models in videogames, game publishers frequently use a technique called photogrammetry, whereby multiple cameras capture or scan an object—or in this case, a person—to create textures that can be applied to 3D

1

DECLARATION OF DAIN HEDGPETH IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

assets in the game. To develop the generic skater using photogrammetry, Easy Day intentionally sought to scan a skateboarder who was not well known, so that the 3D model would not be recognizable to the public. For those reasons, Easy Day contacted Mr. Miller, and the parties agreed that Mr. Miller would be scanned wearing various articles of clothing provided by Easy Day in exchange for payment compensating him for his time. Mr. Miller performed the work on or about April 12, 2019 and was paid the same day.

7. On November 16, 2020, Mr. Miller's counsel wrote to the attorney who prepared a trademark application for Easy Day, threatening to "take appropriate actions" with the California Secretary of State if Easy Day would not "accept service immediately." A true and correct copy of the November 16, 2020 e-mail from Mr. Miller's counsel to Easy Day's trademark counsel is attached hereto as **Exhibit 1**.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 13th day of January, 2021.

_____
Dain Hedgpeth

DECLARATION OF DAIN HEDGPETH IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

# EXHIBIT 1

From: **matthew miller** <matt@millermlaw.com>
Date: Mon, Nov 16, 2020 at 1:52 PM
Subject: Re: Correspondence Regarding Easy Day Studios Pty. Ltd.
To: Alex Nguyen <alex@vencounsel.com>

Mr. Nguyen,

After the below refusal to accept service, it came to our attention that it appears that your client is conducting business in California without registering with the Secretary of State of California.

With that in mind, we will take the appropriate actions if your client does not accept service immediately.

I look forward to your prompt response.

Best,

Matthew Miller

> On Nov 10, 2020, at 9:29 AM, Alex Nguyen <alex@vencounsel.com> wrote:
>
> Mr. Miller,
>
> I am not authorized to accept service on behalf of Easy Day Studios Pty. Ltd. As such, I must decline your request.
>
> Sincerely,
>
> **ALEX NGUYEN | ATTORNEY**
>
> **Cell:** 818-324-7671
> **Addr:** 1030 E Ocean Blvd Ste 411, Long Beach, CA 90802
> **VENCOUNSEL.COM**
>
> 
>
> **Confidentiality Notice:** This e-mail (including any attachment) may contain information that is legally privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately. Thank you in advance for your compliance and help in preserving legal confidentiality and privilege.

1

On Mon, Nov 9, 2020 at 2:27 PM matthew miller <matt@millermlaw.com> wrote:

> Mr. Nguyen,
>
> I received a reply email that you have changed firms. Please confirm you still represent Easy Day Studios Pty. Ltd.
>
> Please also find the below email requesting that you accept service on behalf of your client.
>
> I look forward to hearing back from you at your earliest convenience.
>
> Best,
>
> Matthew Miller
>
>> Begin forwarded message:
>>
>> **From:** matthew miller <matt@millermlaw.com>
>> **Subject: Re: Correspondence Regarding Easy Day Studios Pty. Ltd.**
>> **Date:** November 9, 2020 at 2:20:24 PM PST
>> **To:** "Alex N." <alex@xnovo.legal>
>>
>> Mr. Nguyen,
>>
>> Please confirm that you will accept service on behalf of your client Easy Day Studios Pty. Ltd. of the attached complaint (Zachary Miller v. Easy Day Studios Pty. Ltd.).
>>
>> Please confirm your acceptance of service by 5pm Wednesday, November 11, 2020.
>>
>> Also attached is the Civil Cover Sheet and the Summons.
>>
>> Best,
>>
>> Matthew Miller
>>
>>> On Sep 11, 2020, at 8:31 PM, Alex N. <alex@xnovo.legal> wrote:
>>>
>>> Mr. Miller,
>>>
>>> I have forwarded your letter to Easy Day Studios Pty. Ltd. ("Easy Day Studios") and their primary legal counsel headquartered in Australia (where Easy Day Studios is based) for further review.
>>>
>>> Easy Day Studios has notified me that your client expressly acknowledged and consented to Easy Day Studio's use of your client's

2

likeness, in writing, for the purpose of creating, modifying, and making available a playable and customizable generic game character in Skater XL. Moreover, your client agreed to, accepted, and retained the legal consideration tendered by Easy Day Studios in exchange therefor. Please find attached evidence of your client's consent and acknowledgment to Easy Day's use for the purpose specified above, together with your client's acceptance of payment therefor.

Your client's demands and threats of litigation seem to be based on your client's misrecollection of his prior consent, and hopefully, not a bad faith and opportunistic effort to exact unwarranted remuneration from Easy Day Studios.

Please advise your client to reconsider his current position in light of the above and attached, and let me know how you and your client would like to proceed at this juncture by Tuesday EOBD of next week.

Regards,

Alex Nguyen, Esq.
*Founding Partner*
**XNOVO LEGAL**
**m:** 818 | 324 | 7671
**a:** 235 E. Broadway #800
   Long Beach, CA 90802
   **Linkedin**

*This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately. Thank you in advance for your compliance and help preserving the confidentiality of communications.*

On Wed, Sep 9, 2020 at 4:18 PM matthew miller <matt@millermlaw.com> wrote:

> Dear Mr. Nguyen,
>
> Please find the attached correspondence regarding your client Easy Day Studios Pty. Ltd.
>
> Best,
>
> Matthew Miller
>
> ---
>
> ***Please Note:*** *The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*
> *Thank you.*

--
Alex Nguyen, Esq.
*Founding Partner*
**XNOVO LEGAL**
**m:** 818 | 324 | 7671
**a:** 235 E. Broadway #800
    Long Beach, CA 90802
**w:** https://xnovo.legal
**Facebook | Linkedin | Instagram**

*This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately. Thank you in advance for your compliance and help preserving the confidentiality of communications.*

<ZM Payment.pdf><ZM Consent & Acknowledgment.pdf>