1 | Robert S. Freund (SBN 287566)
2 | ROBERT FREUND LAW
3 | 10866 Wilshire Boulevard, Suite 400
   | Los Angeles, CA 90024
4 | Telephone: (323) 553-3407
   | Email: robert@robertfreundlaw.com
5 |
6 | Attorneys for Defendant,
7 | Easy Day Studios Pty Ltd
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **SOUTHERN DISTRICT OF CALIFORNIA**
11 |

| ZACHARY MILLER, an individual, | CASE NO.  3:20-cv-02187-LAB-DEB |
|---|---|
| Plaintiff, | **DECLARATION OF JEFF GOFORTH IN SUPPORT OF DEFENDANT EASY DAY STUDIOS PTY LTD'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| v. | |
| EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | |
| Defendants. | Date:      March 15, 2021<br>Time:      11:15 a.m.<br>Crtrm:    14A<br>Judge:    Hon. Larry A. Burns |

DECLARATION OF JEFF GOFORTH IN SUPPORT OF DEFENDANT EASY DAY'S
MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

### DECLARATION OF JEFF GOFORTH

I, Jeff Goforth, hereby declare as follows:

1.      At all relevant times, I served and currently serve as Director of Marketing for Defendant Easy Day Studios Pty Ltd ("Easy Day").   I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.      In April of 2019, I contacted Plaintiff Zachary Miller to ask if he would like to model outfits for use in the *Skater XL* game.  Mr. Miller agreed, and he performed the work on April 12, 2019.

3.      On July 16, 2019, I texted Mr. Miller to show him the renderings of the generic skater avatar.  After he was shown the rendering, he expressed approval of the generic skater and enthusiasm for it.  Mr. Miller asked me what the "character of me" would be used for in the game, and I told him it would be the "generic guy" in the game who would not be identified by name.  Mr. Miller responded again expressing enthusiasm and approval, and he even expressed his excitement for how well he thought the 3D model used his face.  A true and correct copy of the July 16, 2019 text messages between Mr. Miller and me is attached hereto as **Exhibit 1**.

4.      After that conversation, I had no communication with Mr. Miller for over a year, until July 30, 2020, when he texted me to ask for the "paperwork" from the "original shoot."  A true and correct copy of the July 30, 2020 text messages between Mr. Miller and me is attached hereto as **Exhibit 2**.


I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  Executed on this 13th day of January, 2021.

_____
Jeff Goforth

1

DECLARATION OF JEFF GOFORTH IN SUPPORT OF DEFENDANT EASY DAY'S
MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

## <u>EXHIBITS – TABLE OF CONTENTS</u>

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1. | July 16, 2019 text messages with Plaintiff | 1-1 |
| 2. | July 30,  2020 text messages with Plaintiff | 2-1 to 2-2 |

1

DECLARATION OF JEFF GOFORTH IN SUPPORT OF DEFENDANT EASY DAY'S
MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

# EXHIBIT 1



EXHIBIT 1 - 1

# EXHIBIT 2



EXHIBIT 2 - 1



EXHIBIT 2 - 2