Robert S. Freund (SBN 287566)
ROBERT FREUND LAW
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Attorneys for Defendant,
Easy Day Studios Pty Ltd

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual, | CASE NO.  3:20-cv-02187-LAB-DEB |
| Plaintiff, | **DECLARATION OF ROBERT S. FREUND IN SUPPORT OF DEFENDANT EASY DAY STUDIOS PTY LTD'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| v. | |
| EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | |
| Defendants. | Date:       March 15, 2021<br>Time:      11:15 a.m.<br>Crtrm:    14A<br>Judge:    Hon. Larry A. Burns |

DECLARATION OF ROBERT S. FREUND IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

## DECLARATION OF ROBERT S. FREUND

I, Robert S. Freund, hereby declare as follows:

1.      I am counsel of record for Defendant Easy Day Studios Pty Ltd ("Easy Day") in the above-entitled action.  I am licensed to practice law in the State of California.  I submit this Declaration in support of Easy  Day's Motion to Strike Plaintiff's Complaint.  I have first-hand knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently and truthfully thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot from the Instagram account for the user @cyread, which is referenced in Plaintiff's Complaint.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot from Plaintiff's Instagram account, @zakramiller, indicating that he follows user @cyread on the Instagram platform.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot from Plaintiff's Facebook account.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of sales webpage for *Skater XL* on the Steam videogame marketplace, accessed on January 11, 2021 and available at https://store.steampowered.com/app/962730/Skater_XL__The_Ultimate_Skateboarding_Game/.


I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  Executed on this 15th day of January, 2021.


_____
Robert S. Freund

1

DECLARATION OF ROBERT S. FREUND IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

1

## EXHIBITS – TABLE OF CONTENTS

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1. | Screenshot of Instagram account @cyread | 1-1 |
| 2. | Screenshot of Plaintiff's Instagram account | 2-1 |
| 3. | Screenshot of Plaintiff's Facebook account | 3-1 |
| 4. | Sales webpage for *Skater XL* on Steam platform | 4-1 to 4-3 |

1

DECLARATION OF ROBERT S. FREUND IN SUPPORT OF DEFENDANT EASY DAY'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16

# EXHIBIT 1







**362 views**

   cyread @zakramiller with a big one from DC the other night 🎥
@katnoaga #ilovefilming #thankyouskateboarding

EXHIBIT 1 - 1

# EXHIBIT 2

# ← zakramiller

**15.2k Followers**    **1,061 Following**    **Suggested**

🔍 cyread                                    ✕



**Hashtags**
#vwsyncro



**cyread**
Cyrus Read                              **Follow**

EXHIBIT 2-1

# EXHIBIT 3



 **Zach Miller**
Another orbit. Just gonna keep spreading the love ✌️ 🐬  @tylurgrom

Timeline Photos · Jul 8, 2020 · 🌐

View Full Size · More Options

EXHIBIT 3 - 1

# EXHIBIT 4



STEAM® STORE COMMUNITY ABOUT SUPPORT

Install Steam login | language

Your Store Browse Points Shop News Steam Labs search the store

All Games > Sports Games > Skater XL - The Ultimate Skateboarding Game

# Skater XL - The Ultimate Skateboarding Game

Community Hub

Experience unparalleled board control and responsiveness while you skate iconic real-world skate spots. This is the evolution of skateboarding gameplay. With Independent Foot Control and unique physics-based gameplay, skate gamers finally have the expressive controls they have always dreamed…

RECENT REVIEWS: Very Positive (717)
ALL REVIEWS: Very Positive (11,001)

RELEASE DATE: Jul 28, 2020

DEVELOPER: Easy Day Studios Pty Ltd
PUBLISHER: Easy Day Studios Pty Ltd

Popular user-defined tags for this product:
Skateboarding Sports Simulation Action Indie +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

Notice: Skater XL - The Ultimate Skateboarding Game requires a controller in order to play. Playing with a keyboard and mouse isn't supported.

## Buy Skater XL

$39.99 Add to Cart

## RECENT EVENTS & ANNOUNCEMENTS

View All

Skater XL 1.1 Update is Here! Mod Map and Gear Integration!
Thu, December 24, 2020 10:39 AM PST

Mod Maps and Gear At The Push Of A Button - Coming Dec 16th!
Tue, December 8, 2020 6:39 PM PST

Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign In or Open in Steam

Single-player
Partial Controller Support

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | ✓ | |

EVERYONE ESRB

EXHIBIT 4 - 1

1/11/2021                           Skater XL - The Ultimate Skateboarding Game on Steam

Rating for: ESRB

## ABOUT THIS GAME

Skater XL is the evolution of skateboarding gameplay. With it's Independent Foot Control System and unique physics-based gameplay, skate gamers finally have the expressive controls they have always dreamed of.

Dive into skateboarding paradise with levels that feature famous skate landmarks and environmental elements, including Downtown LA, the ginormous The Big Ramp, Easy Day High School, and community created maps like Grant Park, Hüdland and Streets. Play as some of today's top skateboarding pros Tiago Lemos, Evan Smith, Tom Asta and Brandon Westgate, or customize and create your own skateboarding legend with gear from more than 30 real skate brands. Skater XL is truly the skateboarding world's digital counterpart.

Skater XL features include:

Freedom Of Expression - Skater XL's physics-based controls don't have any pre-programmed tricks - only the movement through the thumbsticks. Each thumbstick is connected to the corresponding foot of the skater and as the player moves the stick, the board instantly responds. Much like a musical instrument, the player has complete freedom, whether it be pushing to nail a line or skating free from.

Real Life Iconic Locations - Skater XL levels are all inspired real-world skate areas and designed to ensure a constant flow of skate lines. From the DTLA Map with skateboarding landmarks around the Staples Center and LA Convention Center, to Easy Day High School's sprawling campus of iconic skate spots like the Wallenberg Big 4 and the 'Leap of Faith', to the humongous 'Big Ramp,' where skaters can soar higher than a hawk.

Play As Real-Life Skate Pros - Select from renowned pros Tiago Lemos, Brandon Westgate, Evan Smith, and Tom Asta, all with their own distinct gear that fits their style.

Customizable Characters - The possibilities are endless to personalize the Skater XL experience. Players can customize their entire look, including their skater's gear with different tees, hoodies, hats and shoes from over 30 of the most recognized skate brands like Vans, Santa Cruz, DC Shoes, Independent, Lakai and many more.

Trick Challenges - Hundreds of challenges with progressive difficulties, to help build your bag of tricks as you move further toward the completing them all. Can check off the entire list??

Dive into a passionate community with more than 100,000 members in Discord (the biggest

READ MORE ⌄

TITLE: Skater XL - The Ultimate Skateboarding Game
GENRE: Action, Indie, Simulation, Sports
DEVELOPER: Easy Day Studios Pty Ltd
PUBLISHER: Easy Day Studios Pty Ltd
RELEASE DATE: Jul 28, 2020
EARLY ACCESS RELEASE DATE: Dec 19, 2018

Visit the website ↗
Skater XL on Facebook ↗
Skater XL on Twitter ↗
Skater XL on YouTube ↗
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    ⚑

56  metacritic
Read Critic Reviews ↗

Awards

Judge's Choice Runner Up The Mix - PAX West 2019

## SYSTEM REQUIREMENTS

| MINIMUM: | RECOMMENDED: |
|---|---|
| OS: Windows 7 | OS: Windows 10 |
| Processor: 2.5GHz dual core i5 or higher | Processor: 3.5GHz quad core i5 or higher |
| Memory: 8 GB RAM | Memory: 16 GB RAM |
| Graphics: GTX 950 or higher | Graphics: GTX 960 or higher |
| DirectX: Version 11 | DirectX: Version 11 |
| Storage: 5 GB available space | Storage: 5 GB available space |
| Additional Notes: Please drop quality settings if not seeing 60FPS. This game is best played buttery smooth! | Additional Notes: Consistent 58-60FPS on Ultra with these specs in beta testing. |

## MORE LIKE THIS                                        See all

EXHIBIT 4 - 2

BeamNG.drive
$24.99

Beat Saber
$29.99

Mount & Blade II: Bannerl...
$49.99

## CUSTOMER REVIEWS

Overall Reviews:
**Very Positive** (11,001 reviews)

Recent Reviews:
**Very Positive** (717 reviews)

REVIEW TYPE | PURCHASE TYPE | LANGUAGE | DATE RANGE | PLAYTIME | DISPLAY AS: Summary | Show graph

Filters | Excluding Off-topic Review Activity | Playtime:

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews