1  Robert S. Freund (SBN 287566)
2  ROBERT FREUND LAW
   10866 Wilshire Boulevard, Suite 400
3  Los Angeles, CA 90024
4  Telephone: (323) 553-3407
   Email: robert@robertfreundlaw.com
5
6  Attorneys for Defendant,
   Easy Day Studios Pty Ltd
7

8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:20-cv-02187-LAB-DEB<br><br>**DEFENDANT EASY DAY STUDIOS PTY LTD'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:     March 15, 2021<br>Time:    11:15 a.m.<br>Crtrm:   14A<br>Judge:   Hon. Larry A. Burns |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 15, 2021, at 11:15 a.m. or as soon thereafter as the matter may be heard by the Honorable Larry. A Burns in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Defendant Easy Day Pty Ltd. ("Easy Day") will and hereby does move the Court to dismiss the Complaint as to Easy Day pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff fails to state a claim.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities, the Request for Judicial Notice, the Declarations of Robert S. Freund, Jeff Goforth, and Dain Hedgpeth and their respective accompanying exhibits, the pleadings and other matters on file in this action, any oral argument that the Court may entertain at the hearing, and upon such other and further matters as may come before the Court.

DATED: January 15, 2021        ROBERT FREUND LAW

                                     By  */s/ Robert S. Freund*
                                           Robert S. Freund
                                           Attorneys for Defendant
                                           EASY DAY STUDIOS PTY LTD