| | |
|---|---|
| 1 | Robert S. Freund (SBN 287566) |
| 2 | ROBERT FREUND LAW |
| | 10866 Wilshire Boulevard, Suite 400 |
| 3 | Los Angeles, CA 90024 |
| 4 | Telephone: (323) 553-3407 |
| | Email: robert@robertfreundlaw.com |
| 5 | |
| 6 | Attorneys for Defendant, |
| | Easy Day Studios Pty Ltd |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual, | CASE NO. 3:20-cv-02187-LAB-DEB |
| Plaintiff, | **FED. R. CIV. PROC. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EASY DAY STUDIOS PTY LTD** |
| v. | |
| EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | Date: March 15, 2021 |
| | Time: 11:15 a.m. |
| | Crtrm: 14A |
| | Judge: Hon. Larry A. Burns |
| Defendants. | |

F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Easy Day Studios Pty Ltd ("Easy Day") certifies and states as follows: Easy Day discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: January 15, 2021      ROBERT FREUND LAW

By   */s/ Robert S. Freund*
Robert S. Freund
Attorneys for Defendant
EASY DAY STUDIOS PTY LTD