Matthew Miller, Esq. (SBN 185741)
matt@millermlaw.com
LAW OFICES OF MATTHEW MILLER
755 Fresca Court
Solana Beach, California 92075
Telephone: (858) 755-6688
Facsimile: (425) 962-7935

Attorney for Plaintiff Zachary Miller

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | Case No.: 3:20-cv-02187-LAB-DEB<br><br>**DECLARATION OF ZACHARAY MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date: March 15, 2021<br>TIME: 11:15 A.M.<br>CRTRM: 14A<br>Judge: Hon. Larry A. Burns |

I, Zachary Miller, here by declare as follows:

1. I am the Plaintiff in this action.

2. I have been a professional skateboarder since 2009. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

3. I have been paid to endorse skateboarding products and appear in promotional material since I was eighteen year old and I am currently thirty-one years old.

4. For several years I endorsed QUIKSILVER branded goods. During my endorsement engagement with QUIKSILVER I featured in a multi-year campaign, where I traveled to South Africa, France three times, Spain twice, Hawaii twice, Australia twice and along the west coast of the United States multiple times. On each trip the QUIKSILVER team would do photo shoots and team signings at QUIKSILVER stores. My likeness was used extensively by QUIKSILVER during this time. (See Complaint, P. 5).

5. I currently endorse NIXON branded goods. Over the course of my endorsement relationship with NIXON I have been: featured on a billboard, in numerous marketing campaigns, the featured professional on the homepage of NIXON's website, and on the "Team" page. The NIXON team is an exclusive selection of top professional in multiple disciplines. Some of my teammates/peers include Zion Wright, a member of the US Olympic skateboarding team and John John Florence, a two (2) time champion of the World Surf League Men's Championship Tour. Attached hereto, as **Exhibit 1**, is a print out of the "team" page on NIXON's website.

6. I have also consented to use of my likeness for non-skateboarding brands. I was paid thirty thousand ($30,000) dollars by Google to appear in an approximately one-minute long video advertisement. Attached hereto, as **Exhibit 2**,

DECLARATION OF ZACHARY MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

is a screengrab of the Google video.

7. I was featured in a short television program that was part of NBC's coverage of the Dew Tour, a series of skateboard contests. The television program aired on NBC broadcast television in 2009. Attached hereto, as **Exhibit 3**, is a screengrab of the NBC video that is now available on YouTube.

8. I have frequently appeared in editorial photos (see Complaint P. 6), photograph appeared in The Skateboard Mag, and interviews in skateboarding publications. Attached hereto, as **Exhibit 4**, is an interview that appeared in Juice Magazine.

9. Sometime in April, 2019 I was contacted by Jeff Goforth, who I knew because he worked for the skateboard footwear brand I endorsed, DC SHOES. He asked if I would be willing to model clothing to motion capture the clothing moving on a person to be used in a videogame. I agreed to modeling clothing for the photo shoot.

10. During the photo shoot, while I modeled multiple outfits, Mr. Goforth told me several times that they would not use my likeness or anything that would identify me in the videogame.

11. At no time prior to, during or after the photo shoot did Mr. Goforth, or anyone else from Defendant Easy Day Studios Pty Ltd ("Easy Day") or Defendant Reverb Communications, Inc. ("Reverb"), (collectively "Defendants"), request to use my likeness in a videogame, or for any other purpose, and I never consented to have my likeness used by Defendants.

12. On or about July 16, 2019, Mr. Goforth texted me a rough rendering of me from the photo shoot. I was amazed by how realistic and closely it resembled me. In a text exchange with Mr. Goforth, he told me that the image wasn't the final image, which I interpreted to mean they would obscure the face of the character so it wouldn't resemble me, and he said "It won't have your name anywhere or

anything (emphasis added) if you're worried about that haha." To which I replied "Sweet," in order to confirm that my name and likeness would not be used in the videogame, as per the oral agreement.

13. Mr. Goforth paid me via Venmo, entered in the "what's it for?" section, three emojis resembling shirts. Which further reinforced that they were only using images of the clothing that I modeled. Attached hereto, as **Exhibit 5**, is copy of the Venmo payment.

14. Sometime in the summer of 2020 I started receiving notifications on Instagram that several people unknown to me, some acquaintances and some friends were "tagging" me on Instagram Stories about me being a character in a skateboarding videogame called *Skater XL*. (See Complaint, P. 9). One was from a person I know from my local skatepark called "Cyrus." "Cyrus" was interested in videoing people skateboarding and asked if he could video me. I agreed. Sometime in 2018 "Cyrus" videoed me skating. Since then I have not had any contact with "Cyrus."

15. I was also tagged on an Instagram Story by a friend of mine named Tyler Richter, with the screen name "tylurgrom." Mr. Richter's younger brother was playing the *Skater XL* videogame and noticed that I was a character in the videogame. (See Complaint, P. 9).

16. In *Skater XL* it is possible to play the character that looks like me and skate in my home skatepark.

17. I captured a few of the screenshots, but did not save most of the other approximately dozen Instagram Stories that also identified me as a character in the *Skater XL* videogame and these stories expire and disappear after twenty-four hours.

18. After searching on the internet I found multiple advertisements for the *Skater XL* videogame using my likeness. (See Complaint, P. 8). And in some of the

promotional materials the character with my near exact likeness was using brands that are in direct competition with brands that I endorse.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 1st day of March, 2021.

_____
Zachary Miller

# EXHIBITS
# TABLE OF CONTENTS

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1 | Screen shot of Nixon's Team Page | 1-1 |
| 2 | Screen shot of Google Advertisement | 2-2 |
| 3 | Screen shot of NBC Television Program | 3-3 |
| 4 | Interview in Juice Magazine | 4-4 |
| 5 | Venmo Payment from Goforth to Miller | 5-5 |

DECLARATION OF ZACHARY MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO STRIKE PLAINTIF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4



ZACH MILLER

INTERVIEW BY ERIC BRITTON
INTRODUCTION BY ERIC BRITTON
PHOTOS BY MOUSTACHE AND DAN BOURQUI

INFORMATION

EXHIBIT 5

    

 You paid Zach Miller   — $250.00
Apr 12, 2019 🔒

  

    5-5