Matthew Miller, Esq. (SBN 185741)
matt@millermlaw.com
LAW OFICES OF MATTHEW MILLER
755 Fresca Court
Solana Beach, California 92075
Telephone:  (858) 755-6688
Facsimile: (425) 962-7935

Attorney for Plaintiff Zachary Miller

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>         Defendants. | Case No.: 3:20-cv-02187-LAB-DEB<br><br>**DECLARATION OF MATTHEW MILLER, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:      March 15, 2021<br>TIME:     11:15 A.M.<br>CRTRM:  14A<br>Judge:    Hon. Larry A. Burns |

- 1 -

DECLARATION OF MATTHEW MILLER, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

I, Matthew Miller, here by declare as follows:

1.    I am counsel for Plaintiff Zachary Miller ("Miller") in the above-entitled action. I am licensed to practice law in the State of California. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.    On or about September 9, 2020 I sent correspondence, regarding the unauthorized use of Miller's likeness, to Defendant Easy Day Studios Pty Ltd's ("Easy Day") US attorney. After initially responding, Easy Day's US counsel refused to respond to multiple emails dated September 14, 2020 and September 22, 2020. ,

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a screen shot from Easy Day's website, www.skaterxl.com.

4.    I found that Easy Day listed Defendant Reverb Communications, Inc.'s ("Reverb") physical address as the contact address for Easy Day on its website.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of a screen shot from Reverb's website, www.reverbinc.com, "Our Games" section.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of a screen shot from Reverb's website, www.reverbinc.com, "Our Services" section.

7.    When I wrote that that "we will take the appropriate actions" to Easy Day's US counsel, I meant that Miller would serve Easy Day in Australia.

8.    I did not threaten Easy Day with "administrative charges."

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 1st day of March, 2021.

_____*/s/ Matthew Miller*_____
Matthew Miller, Esq.

- 2 -

EXHIBITS
TABLE OF CONTENTS

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1 | Screen shot of Easy Day's Website, www.skaterxl.com | 1-1 |
| 2 | Screen shot of Reverb's Website, www.reverbinc.com | 2-2 |
| 3 | Screen shot of Reverb's Website, www.reverbinc.com | 3-3 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MATTHEW MILLER, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3

