Matthew Miller, Esq. (SBN 185741)
matt@millermlaw.com
LAW OFICES OF MATTHEW MILLER
755 Fresca Court
Solana Beach, California 92075
Telephone:  (858) 755-6688
Facsimile: (425) 962-7935

Attorney for Plaintiff Zachary Miller

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>            Defendants. | Case No.: 3:20-cv-02187-LAB-DEB<br><br>**DECLARATION OF CHRISTIAN HOSOI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:       March 15, 2021<br>TIME:       11:15 A.M.<br>CRTRM:   14A<br>Judge:      Hon. Larry A. Burns |

- 1 -
DECLARATION OF CHRISTIAN HOSOI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

I, Christian Hosoi, here by declare as follows:

1. I have been a professional skateboarder since 1981, I was named by <u>Transworld Skateboarding</u> as the fourth most influential skateboarder of all time, and I am the owner of HOSOI SKATEBOARDS. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. Plaintiff Zachary Miller ("Miller") is a professional skateboarder for HOSOI SKATEBOARDS and I have given him a professional skateboard model. Only professional skateboarders who have achieved a high level of respect and status, within the skateboarding community, are given professional skateboard models.

3. As consideration for giving Miller a professional skateboard model, HOSOI SKATEBOARDS has the exclusive rights to use Miller's likeness in association with skateboard decks.

4. When Miller's likeness is used in association with competitive skateboard brand, as seen in **Exhibit 1**, attached hereto, it is damaging to HOSOI SKATEBOARDS, and is confusing to the skateboarding consumer.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 1st day of March, 2021.

_____
Christian Hosoi

# EXHIBIT 1

