Matthew Miller, Esq. (SBN 185741)
matt@millermlaw.com
LAW OFICES OF MATTHEW MILLER
755 Fresca Court
Solana Beach, California 92075
Telephone:  (858) 755-6688
Facsimile: (425) 962-7935

Attorney for Plaintiff Zachary Miller

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br>vs.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | Case No.: 3:20-cv-02187-LAB-DEB<br><br>**DECLARATION OF J. GRANT BRITTAIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:      March 15, 2021<br>TIME:     11:15 A.M.<br>CRTRM:  14A<br>Judge:     Hon. Larry A. Burns |

DECLARATION OF J. GRANT BRITTAIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

I, J. Grant Brittain, here by declare as follows:

1. I have been a skateboard photographer for forty-three (43) years, I am the founder and photo editor of two (2) skateboard magazines, Transworld Skateboarding and The Skateboard Magazine, I am the recipient of the 2014 Icon Award from the Skateboarding Hall of Fame and have been an adjunct professor at University California, San Diego. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. I have known and photographed Plaintiff Zachary Miller ("Miller") for over two (2) decades.

3. Miller is a world-class transition skateboarder and is well respected within the skateboarding community.

4. Due to Miller's great skill as a professional skateboarder I have included Miller in numerous editorial photographs in The Skateboard Magazine.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 1st day of March, 2021.

*J. Grant Brittain*

J. Grant Brittain

-2-
DECLARATION OF J. GRANT BRITTAIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16