1 Matthew Miller, Esq. (SBN 185741)
matt@millermlaw.com
2 LAW OFICES OF MATTHEW MILLER
755 Fresca Court
3 Solana Beach, California 92075
Telephone: (858) 755-6688
4 Facsimile: (425) 962-7935

5

6 Attorney for Plaintiff Zachary Miller

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

| ZACHARY MILLER, an individual, | Case No.: 3:20-cv-02187-LAB-DEB |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN BATTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| vs. | |
| EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | |
| | Date: March 15, 2021 |
| Defendants. | TIME: 11:15 A.M. |
| | CRTRM: 14A |
| | Judge: Hon. Larry A. Burns |

- 1 -
DECLARATION OF JOHN BATTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16

1   I, John Batter, here by declare as follows:

2   1.   I was the Vice President and Group General Manager for the videogame publisher Electronic Arts. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.   In the videogame industry it is the industry standard to obtain the consent, in writing, from any person whose likeness is intentionally used in a videogame.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 1st day of March, 2021.

*/s/ John Batter*
John Batter

- 2 -
DECLARATION OF JOHN BATTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16