1  Matthew Miller, Esq. (SBN 185741)
   matt@millermlaw.com
2  LAW OFICES OF MATTHEW MILLER
   755 Fresca Court
3  Solana Beach, California 92075
   Telephone:  (858) 755-6688
4  Facsimile: (425) 962-7935

5
   Attorney for Plaintiff Zachary Miller
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9

| 10 | ZACHARY MILLER, an individual, | Case No.: 3:20-cv-02187-LAB-DEB |
|---|---|---|
| 11 | Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLANTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| 12 | vs. | |
| 13 | EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; REVERB COMMUNICATIONS, INC., a California corporation; and DOES 1-25 INCLUSIVE, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | Date:     March 15, 2021<br>TIME:     11:15 A.M.<br>CRTRM:  14A<br>Judge:     Hon. Larry A. Burns |
| 18 | Defendants. | |

1    Plaintiff Zachary Miller ("Miller"), by and through his counsel of record, hereby requests that the Court take Judicial Notice of the following, pursuant to Federal Rule of Evidence 201. Caldwell v. Caldwell, 2006 WL 618511, at *4 (N.D. Cal. 2006) ("as a general matter, websites and their contents may be proper subjects for judicial notice.).

   1.   Screen shots obtained March 1, 2021, of Defendant Easy Day Studios Pty Ltd's ("Easy Day") website, attached to the Declaration of Matthew Miller, Esq. as Exhibit 1.

   2.   Screen shot obtained March 1, 2021, of Defendant Reverb Communications, Inc.'s ("Reverb") website, attached to the Declaration of Matthew Miller, Esq. as Exhibit 2.

   3.   Screen shot obtained March 1, 2021, of Reverb's website, attached to the Declaration of Matthew Miller, Esq. as Exhibit 3.

Dated: March 1, 2021                Respectfully Submitted,

                                    LAW OFFICES OF MATTHEW MILLER

                                    By:  /s/ Matthew Miller
                                    Matthew Miller
                                    Attorney for Plaintiff Zachary Miller