# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; et al.,<br><br>Defendants. | Case No. 20cv2187-LAB-DEB<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE** |

Plaintiff Zachary Miller filed his First Amended Complaint ("FAC") on October 1, 2021, adding the following six new Defendants: Tempo Livre Pte. Ltd.; Vans, Inc.; Sole Technology, Inc.; S.F. Deluxe Productions, Inc.; W-D Apparel Company, LLC; and Huf Worldwide LLC. (Dkt. 25, FAC). On October 12, 2021, an amended summons was issued by the Clerk of Court as to these newly added Defendants. (Dkt. 26). To date, more than eleven months have passed and none of these six Defendants have been served, nor have they responded or otherwise appeared in this case.

Absent a showing of good cause, Federal Rule of Civil Procedure 4(m) requires the Court to dismiss a case against any defendant not served within 90 days. Miller is **ORDERED TO SHOW CAUSE** why his claims against these six Defendants shouldn't be dismissed for failure to serve under Rule 4(m).

Miller may show cause by filing a memorandum of points and authorities not longer than **five (5) pages** by **September 30, 2022**. If he fails to show cause, his claims against these Defendants will be dismissed.

    **IT IS SO ORDERED.**

DATED: September 16, 2022

*Larry A. Burns*
_____
Hon. Larry A. Burns
United States District Judge