**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY MILLER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>EASY DAY STUDIOS PTY LTD, an Australian proprietary limited company; et al.,<br><br>  Defendants. | Case No. 20cv2187-LAB-DEB<br><br>**ORDER OF DISMISSAL** |

On September 16, 2022, the Court issued an Order to Show Cause by September 30, 2022, why Plaintiff Zachary Miller's claims against the following six Defendants shouldn't be dismissed for failure to serve: Tempo Livre Pte. Ltd.; Vans, Inc.; Sole Technology, Inc.; S.F. Deluxe Productions, Inc.; W-D Apparel Company, LLC; and Huf Worldwide LLC. (Dkt. 37). On that same date, the Court also issued an Order granting the Motion to Dismiss as to claims made against Defendants Easy Day Studios Pty. Ltd. and Reverb Communications, Inc. (Dkt. 36). The Court dismissed Miller's false endorsement claim without leave to amend, but granted him leave until September 30, 2022, to file a motion for leave to amend his false advertising claim. (*Id.*).

To date, Miller hasn't responded to either of the Court's Orders. There is no indication that any of the six Defendants have been served, nor has Miller filed a motion for leave to amend his false advertising claim. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m) and this District's Civil Local Rule 41.1(b), these Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to serve, and the Court **DISMISSES** this case in its entirety. The Clerk of Court is instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: October 6, 2022

*Larry A. Burns* (signature)

Hon. Larry A. Burns
United States District Judge